IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS                                                          CRIMINAL ACTION NO. 4:06CR65

KAY L. TERRY

## **ORDER**

This cause is before the Court on the defendant's Motion to Suppress [26]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reason set forth in the Court's Order denying defendant's Motion to Dismiss Indictment and Suppress Evidence.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Suppress [26] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 27th day of June, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE