IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL ACTION NO. 4:06CR65

KAY L. TERRY

## ORDER

This cause is before the Court on the defendant's Motion in Limine [24]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. In accordance with the assurance offered in the government's response to the instant motion, evidence regarding the proposed plea agreement is inadmissible except as provided under F.R.E. 410.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion in Limine [24] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 27th day of June, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE